IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHERINE HARPER,                    )
                                     )
    Plaintiff,               )
                                     )
    vs.                      )          CIVIL NO. 18-cv-1422-CJP[1]
                                     )
COMMISSIONER of SOCIAL SECURITY,     )
                                     )
    Defendant.               )

## MEMORANDUM AND ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner. **(Doc. 27)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will: (1) further evaluate the medical evidence, including medical opinion evidence; (2) if necessary, reassess

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 20.

severity of and functional limitations resulting from Plaintiff's physical and mental impairments; (3) if necessary, reassess Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; (4) if necessary, obtain supplemental evidence from a vocational expert; and (5) issue a new decision."

Plaintiff applied for disability benefits in April 2015. (Tr. 11). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner **(Doc. 27)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  April 5, 2019.**

**s/ Clifford J Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**